FILED

02/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0407

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE NO. DA-23-0407

| | |
|---|---|
| PATRICK A. MALLOY, III, *Plaintiff/Appellant,* v. BETTINA J. WEILER MALLOY HUNT, PROVIDENCE ST. PATRICK HOSPITAL, PROVIDENCE HEALTH SERVICES, and JOHN DOES 1-5, AT LAW, and John Does 1-5, *Defendants/Appellees.* | **GRANT OF EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

Pursuant to Montana Rule of Appellate Procedure 26(1), Defendants/Appellees are given an extension of time until March 11, 2024, to prepare, file and serve its Response Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 5 2024